Holden *v.* Barrows.

HOLDEN *versus* BARROWS.

On the trial of an appeal from a justice of the peace, *copies* of the record and of all the papers filed in the case, excepting papers used as evidence, are required to be produced by the appellant.

And the copies duly authenticated are the legal and best evidence of the record, which cannot be explained or contradicted by parol testimony or extraneous documents.

Even the original writ cannot be admitted to contradict the copy.

ON EXCEPTIONS, HOWARD, J., presiding.

This was an appeal by defendant from the judgment of a justice of the peace in assumpsit. The general issue was pleaded.

When the copy of the writ was read to the jury, defendant's counsel presented what purported to be the original writ, and moved that the writ be abated and the proceedings quashed for want of a seal thereon. Testimony was received, against objections of plaintiff, as to the condition of the writ when made and served, and the original was inspected and was without any seal or any appearance of ever having one.

Whereupon the presiding Judge ordered that the writ abate and that the proceedings be quashed, to which plaintiff excepted.

*O'Donnell,* in support of the exceptions.

*S. & D. W. Fessenden, contra.*

SHEPLEY, C. J. — The suit was entered in this Court on appeal from the judgment of a justice of the peace. In such cases the original writ is not presented. It remains with the justice. The appellant is required by the statute c. 116, § 11, to "produce a copy of the record and of all the papers filed in the case," except depositions or other written evidence or documents, the originals of which are to be produced. The record is not liable to be explained or contradicted by parol testimony, or extraneous documents. A copy of the record regularly authenticated is the legal and best evidence of it.

If the motion might have been otherwise available it was made too late. *Shorey* v. *Hussey*, 32 Maine, 579; *Brewer* v. *Sibley*, 13 Met. 175.

*Exceptions sustained and action to stand for trial.*